# SAMUEL & STEIN

ATTORNEYS AT LAW

38 WEST 32ND STREET, SUITE 1110, NEW YORK, NY 10001
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

September 15, 2016

**VIA ECF**

Hon. Joanna Seybert
United States District Judge
Eastern District of New York
Alfonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY 11722

Re: *Yang v. Matsuya et al*
Case No. 2:15-cv-01949

Dear Judge Seybert,

We represent Plaintiff in the above-captioned matter. On April 9, 2015, Plaintiff filed a Complaint asserting wage and hour violations pursuant to the Fair Labor Standards Act and New York Labor Law. After several months of negotiations, the parties arrived at a settlement and filed a settlement agreement with the Court on January 11, 2016.

The Court declined to approve the settlement agreement because it did not conform to the *Cheeks v. Freeport* standard. Pursuant to Your Honor's directive of January 19, 2016, the parties have amended the settlement agreement by striking the confidentiality provision, limiting the scope of the release, and specifying the attorneys' fees within the agreement. Consequently, we write to resubmit the settlement agreement for Your Honor's approval.

We thank the Court for its assistance in this matter.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.